

**SIGNED THIS 21st day of July, 2021**

*Rebecca B. Connelly*
———————————————————
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re:    **Casandra A Traynham**            )    **Case No.    13-60247**
                                             )
          *Debtor(s)*                        )    **Chapter:    13**

### ORDER GRANTING APPLICATION FOR PAYMENT OF
### UNCLAIMED FUNDS

On June 28, 2021, an application was filed for the Claimant(s), Casandra Traynham, for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 957.70 held in unclaimed funds be made payable to Casandra Traynham and be disbursed to the payee at the following address:

107 Hunter Rd
Brookneal, VA 24258

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**\*\*\*END OF ORDER\*\*\***

B1340_GrantUnClmdFunds